FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR839-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) |
| YANETH TELLEZ-MENDOZA, aka Lorena Gallardo, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 7, 2008, within the Southern District of California, defendant YANETH TELLEZ-MENDOZA, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to a Customs and Border Protection Officer that her name was Lorena Gallardo, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 3/20/08

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf
3/20/08