AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

YANETH TELLEZ-MENDOZA
aka Lorena Gallardo

WAIVER OF INDICTMENT

FILED
MAR 20 2008

CASE NUMBER: 08CR839-DMS

I, YANETH TELLEZ-MENDOZA aka Lorena Gallardo, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-20-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
YANETH TELLEZ-MENDOZA
Defendant

_____
ALEXANDER L. LANDON
Counsel for Defendant

Before _____
JUDICIAL OFFICER